# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

GEORGE F. BURKE AND
BONADELVERT C. SUAREZ

VERSUS

DESIRE SCHMIT, III, AND
BRANDY SCHMIT

NO. 2025 CW 0785

**NOVEMBER 17, 2025**

---

In Re:    Desire Schmit, III and Brandy Schmit, applying for
supervisory writs, 21st Judicial District Court, Parish
of Tangipahoa, No. 20240003854.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Const. Co.,
Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La.
1981) (*per curiam*) are not met.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT